UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SIDNEY DONALD JENKINS III,

        Plaintiff,

v.

STEPHEN SINCLAIR, et al.,

        Defendants.

CASE NO. C17-5192 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 34. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     Defendants' motion for summary judgment (Dkt. 30) is **GRANTED**; and

(3)     Plaintiff's Amended Complaint (Dkt. 22) is **DISMISSED**.

Dated this 25th day of September, 2018.

                BENJAMIN H. SETTLE
                United States District Judge